UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. USA Auto Protection, LLC, Palmer Administrative, Inc., Michael Shaftel, Phillip Tripoli, Lyndon Southern Insurance Company, and Paylink Payment Plans, LLC, dba Paylink Direct and John/Jane Does 1-5  **Defendant** | § § § § § § § § § §   4:20-cv-00142-RWS-KPJ |

**PLAINTIFF'S Motion to Dismiss Paylink Payment Plans, LLC dba Paylink Direct**

1. To the Honorable US District Court:

2. The Plaintiff requests the court dismiss Paylink Payment Plans, LLC dba Paylink direct with prejudice.

3. The Plaintiff wishes to prosecute his claims against the remaining defendants .

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/28/2020

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** <br> **Plaintiff,** <br><br> **v.** <br><br> USA Auto Protection, LLC, Palmer Administrative, Inc., Michael Shaftel, Phillip Tripoli, Lyndon Southern Insurance Company, and Paylink Payment Plans, LLC, dba Paylink Direct and John/Jane Does 1-5 <br><br><br> **Defendant** | § § § § § § § § § § §    4:20-cv-00142-RWS-KPJ |

## PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 4/28/2020

*/s/ Craig Cunningham*
Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 4/28/2020