UNITED STATES DISTRICT COURT FOR THE
Eastern District of Texas

)  
)   Craig Cunningham  
)   Plaintiff, Pro-se  
)  
)        v.          Civ Action      4:20-cv-00142  
)  
)  USA Auto Protection  
)    Defendants  

FILED: **6/18/20**  
U.S. DISTRICT COURT  
EASTERN DISTRICT COURT  
DAVID A. O'TOOLE, CLERK  

**Rule 11 Letter**

1. Pursuant to FRCP 11(b) I am writing this rule 11 letter to give you adequate notice to withdraw your counterclaim.

2. In violation of rule 11(b)(1), your counterclaim is being presented for an improper purpose, namely to harass the Plaintiff,

3. In violation of rule 11(b)(2), your counterclaim is not warranted by existing law, and there is no evidence and won't likely be any evidence to support your factual contentions.

4. In violation of rule 11(b)(3) and (4), you are presenting your claims knowing there is no evidence to support these baseless assertions.

5. You have 21 days to withdraw your counterclaim or I'll be filing the attached motion for sanctions with the court.

*Craig Cunningham*  
Plaintiff,  
3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977 6-18-2020